**Larry Darnell KEEPER, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI Forrest City, AR, Appellee.**

No. 09–1566.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 22, 2009.

Filed: Jan. 12, 2010.

Larry Darnell Keeper, Forrest City, AR, pro se.

[1] The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

Earl Fletcher Jackson, Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Larry Darnell Keeper appeals the district court's[1] order denying his 28 U.S.C. § 2241 petition challenging the constitutionality of his 1996 state conviction and the resulting detainer. Having carefully reviewed the parties' briefs, the record, and the applicable law, we hold that the district court correctly concluded Keeper's claims are procedurally defaulted, and Keeper failed to show cause and prejudice to excuse the default, or that a miscarriage of justice would result from the failure to consider the defaulted claims. *See Moore–El v. Luebbers,* 446 F.3d 890, 896 (8th Cir.), *cert. denied,* 549 U.S. 1059, 127 S.Ct. 673, 166 L.Ed.2d 525 (2006); *Ivy v. Caspari,* 173 F.3d 1136, 1140 (8th Cir.1999). We thus affirm under 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.